IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CR-289-D
No. 5:25-CV-141-D

| | |
|---|---|
| TYRONE FOREMAN, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

The United States SHALL respond to petitioner's pending motions [D.E. 348, 350, 358] not later than February 9, 2026.

SO ORDERED. This _8_ day of January, 2026.

JAMES C. DEVER III
United States District Judge