IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CR-289-D
No. 5:25-CV-141-D

|  |  |  |
|---|---|---|
| TYRONE FOREMAN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

The court DENIES as meritless petitioner's motion for reconsideration [D.E. 371].

SO ORDERED. This 12 day of May, 2026.

JAMES C. DEVER III
United States District Judge